| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCUS NIKITA JENNINGS,<br>                        *Defendant.* | CRIMINAL NO. 6:06CR00004<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on the Defendant's Motion to Suppress, filed on August 13, 2008 (docket no. 22). For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ordered as follows:

1. Defendant's Motion to Suppress (docket no. 22) is DENIED.

2. The Clerk of the Court is further directed to send a certified copy of this Order to all counsel of record.

It is so ORDERED.

Entered this 15th day of October, 2008.

                                              NORMAN K. MOON
                                              UNITED STATES DISTRICT JUDGE